NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000421
26-SEP-2019
09:15 AM

NO. CAAP-19-0000421


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
WILLIAM M. GILROY, also known as William of the Family Gilroy,
William Michael Gilroy, Jr., William Michael Gilroy, W.M. Gilroy,
and William Michael Gilroy, Jr., Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-18-0000893)


ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
AND
DISMISSING ALL PENDING MOTIONS AS MOOT
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review, it appears that we lack appellate jurisdiction over Defendant-Appellant William M. Gilroy's (Gilroy), self-represented, March 28, 2019 appeal from the Honorable Melvin H. Fujino's March 22, 2019 interlocutory order suspending proceedings for examination of Gilroy for fitness to proceed under Hawaii Revised Statutes (HRS) Chapter 704.  The March 22, 2019 interlocutory order did not terminate the proceedings for Plaintiff-Appellee State's amended complaint against Gilroy for twenty-nine counts of unauthorized practice of law in violation of HRS § 605-14 (2016), HRS § 605-15 (2016), HRS § 605-17 (2016), and HRS § 702-204 (2014).  Under these circumstances, we lack appellate jurisdiction under HRS § 641-11

(2016) and the holding in State v. Nicol, 140 Hawai'i 482, 492, 403 P.3d 259, 269 (2017).

Therefore, IT IS HEREBY ORDERED that CAAP-19-0000421 is dismissed for lack of appellate jurisdiction.

IT IS FURTHER HEREBY ORDERED that all pending motions in CAAP-19-0000421 are dismissed as moot.

DATED:  Honolulu, Hawai'i, September 26, 2019.


Chief Judge


Associate Judge


Associate Judge

2